No. 1,707.—CASEY, RESPONDENT, *v.* ST. PETERS, APPELLANT.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

On motion to dismiss appeal.

Decided November 21, 1903.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is dismissed at the cost of appellant.

*Mr. John N. Kirk,* and *Mr. John W. Stanton,* for Appellant.